**Law Office of David A. Zelman, Esq.**
**612 Eastern Parkway**
**Brooklyn, NY 11225**
**ph :(718) 604-3072**
**f :(718)604-3074**

**VIA ECF**                                                                          February 9, 2018
Hon. Vera M. Scanlon
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  Ungar v. the City of New York et. al**
**15-CV-6091**

Dear Judge  Scanlon:

    I represent the plaintiff, Moshe Ungar.

    The parties have made efforts to have Mr. Quito appear for a deposition.  Upon information, the Court has previously issued a subpoena for his attendance at a deposition, however, he did not appear and a statement was placed on the record regarding his non appearance. Subsequently, I viewed the affidavit of service and found it to be defective.

    I attach a revised subpoena.  Counsel have agreed upon the terms of the subpoena.  I intend to serve this subpoena and ensure that it is properly served.

    I ask that your Honor sign this subpoena for the deposition of this non party witness.

    Thank you for your consideration in this matter.

                                                                                   Very Truly Yours:

                                                                                           /S

                                                                                 David Zelman, Esq.